**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1349**

MARY A. DIGGS,

                     Plaintiff - Appellant,

          v.

WAL-MART STORES EAST, LP; WAL-MART STORES, INC., d/b/a Wal-Mart
Supercenter #2565, a/k/a Wal-Mart, a/k/a Wal-Mart Store, a/k/a Wal-Mart
Supercenter,

                     Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at
Lynchburg.  Norman K. Moon, Senior District Judge.  (6:17-cv-00026-NKM-RSB)

Submitted:  August 23, 2018                              Decided:  August 27, 2018

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Mary A. Diggs, Appellant Pro Se.  Cathleen Kailani Memmer, Victor S. Skaff, III,
GLENN ROBINSON CATHEY MEMMER & SKAFF PLC, Roanoke, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary A. Diggs appeals the district court's order granting summary judgment in favor of Wal-Mart Stores East, LP, on Diggs' civil suit based on diversity jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Diggs v. Wal-Mart Stores East, LP*, No. 6:17-cv-00026-NKM-RSB (W.D. Va. Mar. 8, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*